UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00114

**Jonathan Roshard Brown,**
*Petitioner,*

v.

**United States of America,**
*Respondent.*

## ORDER

Petitioner Jonathan Roshard Brown, proceeding pro se, filed this motion to vacate or correct sentence under 28 U.S.C. § 2255. This case was referred to United States Magistrate Judge K. Nicole Mitchell. The magistrate judge issued a report recommending that the motion to vacate or correct sentence be dismissed with prejudice. Doc. 18. No objections were filed to the magistrate judge's report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Petitioner's claims are dismissed with prejudice. A certificate of appealability is denied sua sponte.

*So ordered by the court on October 1, 2021.*

J. Campbell Barker
United States District Judge